UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 22-1729
_____

IN RE: URSA OPERATING COMPANY, LLC,
Debtor

AIRPORT LAND PARTNERS, LTD; JOHN ANDERSON; FERNANDO JOSE
ARROYO; BAR SEVEN L, LLC; ALLEN BYERLEY; RICHARD N. CASEY; ALICE
COLTON; DON COLTON; GREGG COLTON; DANIELS PETROLEUM COMPANY
AND BARRETT BAKER AS PRESIDENT; VERNON P. DEDISSE, JR.; MARY
RUTH DEDISSE, DIVIDE CREEK ENTERPRISES, LLC; ENERGY INVESTMENTS,
INC., HUNTER FAMILY LIMITED PARTNERSHIP; JERRY D. JONES,
INDIVIDUALLY AS TRUSTEE OF THE PAULA JONES SPECIAL NEEDS TRUST;
CHRISTINE JONES; JUHAN LP; JUHAN-RAY, LLC; JUHAN FORDHAM
MINERALS, LLC; PETER LANGEGGER; LARAMIDE GEOSCIENCES, LLC;
THOMAS D. LAWSON; FRED LIMBACH; PAUL LIMBACH; NANCI LIMBACH;
STACIE ANDERSON MALONE; MAP2003-NET, AN OKLAHOMA GENERAL
PARTNERSHIP; MAP2004-OK. AN OKLAHOMA GENERAL PARTNERSHIP,
MAP99A-NET, A TEXAS GENERAL PARTNERSHIP; KRISTINE M. PETERSON;
MICHAEL PINNELL; PIONEER OIL AND GAS; KELLEY ANDERSON RINEHART;
ROY ROYALTY, INC.; JASON ALAN SCOTT; JOSEPH EDWARD SCOTT;
REBECCA P. SCOTT; SHARON SALGADO; SHIDELER ENERGY COMPANY,
LLC; SHIDELEROSA, LLP; PATRICK L. SHUSTER; TONI M. SHUSTER; THE
CITY OF RIFLE, COLORADO; TITAN ENERGY RESOURCES CORPORATION;
WATSON RANCHES, LTD; BRETT JAMES WATSON; DIANA K. WATSON;
JAMES L. WATSON; LEE WATSON AND EVADEAN WATSON, AS CO-
TRUSTEES OF THE WATSON FAMILY REVOCABLE TRUST, AND VELMA
WEINREIS (COLLECTIVELY, THE "ROYAL CLAIMANTS"),
                                                    Appellants
_____

(D.C. Civil No. 1-21-cv-00495)
_____

ORDER
_____

Present: CHAGARES, <u>Chief</u> <u>Judge</u>, JORDAN, SHWARTZ, KRAUSE, RESTREPO, BIBAS, PORTER, MATEY, PHIPPS, FREEMAN, MONTGOMERY-REEVES, CHUNG, and FISHER* <u>Circuit</u> <u>Judges</u>

The petition for rehearing filed by appellant in the above-entitled case having been submitted to the judges who participated in the decision of this Court and to all other available circuit judges in regular active service, it is hereby

O R D E R E D that the petition for rehearing by the panel is granted and the petition for rehearing en banc is denied.  The Clerk is directed to file the amended opinion and judgment contemporaneously with this Order.

BY THE COURT,

s/ David J. Porter
Circuit Judge

Date: January 25, 2024
CJG/cc:        All Counsel of Record

---

* Judge Fisher's vote is limited to panel rehearing only.